**332**

FULLER *et al. v.* COX.

DUCKWORTH, Chief Justice. This was a suit on account, praying for judgment in a stated amount. The trial resulted in a verdict and judgment in favor of the plaintiffs for the full amount. The exception here is to the judgment granting the defendant's motion for new trial, which is based upon the general grounds only. The Supreme Court is without jurisdiction. Constitution of Georgia, art. 6, par. 4 (Ga. L. 1945, p. 43).
*Transferred to the Court of Appeals. All the Justices concur.*

No. 16911. JANUARY 10, 1950.

*Wade H. Leonard* and *Henry L. Barger,* for plaintiffs.
*Gleason & Painter,* for defendants.